**CGFD71** (12/1/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** Ralph Levi Sanders, Jr.

**Case Number:   22–14766–SMG**

Chapter:   13

County of Residence or Place of Business:   Fort Lauderdale

U.S. District Court Case Number:

# TRANSMITTAL TO DISTRICT COURT

- ☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on 12/27/2022
- ☐ Motion for Leave to Appeal (copy of appeal attached)
- ☐ Request to Expedite Appeal attached.
- ☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):

    ☐ Contested     ☐ Uncontested

- ☐ Withdrawal of Reference granted by U.S. District Court
- ☐ Report and Recommendation (Motion to Withdraw Reference)

### The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** Ralph Levi Sanders          **Attorney:**                    **Attorney:**

**Appellee/Respondent:** Wells Fargo/ Bank Of New York Mellon          **Attorney:** Gavin Stewart          **Attorney:**

PO Box 5703

Clearwater, FL 33758

**Title and Date of Order Appealed**, if applicable: Order Granting Motion For Relief From The Automatic Stay

**Entered on Docket Date:** 12/13/2022          **Docket Number:** 85

- ☐ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☐ Copies of Transcript(s) of Hearing(s) on:
- ☐ Respondent's Answer and/or Movant's Reply
- ☐ Other:

**Dated:** 12/27/22

**CLERK OF COURT**
By: Tanesha Graster–Thomas
Deputy Clerk   (954) 769–5700