Repeat, APPEAL

## U.S. Bankruptcy Court
## Southern District of Florida (Fort Lauderdale)
## Bankruptcy Petition #: 22-14766-SMG

|  |  |
|---|---|
| *Assigned to:* Scott M Grossman | *Date filed:* 06/20/2022 |
| Chapter 13 | *Plan confirmed:* 12/12/2022 |
| Voluntary | *341 meeting:* 07/27/2022 |
| Asset | *Deadline for filing claims:* 08/29/2022 |
|  | *Deadline for filing claims (govt.):* 12/19/2022 |

| | |
|---|---|
| **Debtor** <br> **Ralph Levi Sanders, Jr.** <br> 561 SW 60 Ave. <br> Plantation, FL 33317 <br> BROWARD-FL <br> SSN / ITIN: xxx-xx-6171 | represented by **Ralph Levi Sanders, Jr.** <br> PRO SE |

**Trustee**
**Robin R Weiner**
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355
954-382-2001

**U.S. Trustee**
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

| Filing Date | # | Docket Text |
|---|---|---|
| 06/20/2022 | [1](#) <br> (46 pgs) | Chapter 13 Voluntary Petition . [Fee Amount $313] Proofs of Claim due by 08/29/2022. (Rossoletti, Nicholas) (Entered: 06/20/2022) |
| 06/20/2022 | [2](#) <br> (1 pg) | Statement of Debtor(s) Social Security Number(s) [*Document Image Available ONLY to Court Users*] Filed by Debtor Ralph Levi Sanders Jr.. (Rossoletti, Nicholas) (Entered: 06/20/2022) |
| 06/20/2022 |  | Receipt of Voluntary Petition (Chapter 13)( [22-14766](#)) [misc,volp13a] ( 313.00) Filing Fee. Receipt number A41043835. Fee amount 313.00. (U.S. Treasury) (Entered: 06/20/2022) |
| 06/20/2022 | [3](#) <br> (3 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years Form 122C-1. Disposable Income Is Not Determined Filed by Debtor Ralph Levi Sanders Jr.. (Rossoletti, |

| | | |
|---|---|---|
| | | Nicholas) (Entered: 06/20/2022) |
| 06/20/2022 | 4 (1 pg) | Certification of Budget and Credit Counseling Course by Debtor Filed by Debtor Ralph Levi Sanders Jr.. (Rossoletti, Nicholas) (Entered: 06/20/2022) |
| 06/20/2022 | 5 (4 pgs) | Chapter 13 Plan Filed by Debtor Ralph Levi Sanders Jr.. (Rossoletti, Nicholas) (Entered: 06/20/2022) |
| 06/20/2022 | 6 (2 pgs) | Payment Advices by Debtor Filed by Debtor Ralph Levi Sanders Jr.. (Rossoletti, Nicholas) (Entered: 06/20/2022) |
| 06/21/2022 | | Clerk's Evidence of Repeat Filings for debtor SANDERS, RALPH LEVI, JR. Case Number 19-24331 , Chapter 13 filed in Florida Southern on 10/25/2019 was Closed on 11/24/2021 was Dismissed on 09/15/2021; Case Number 18-12969 , Chapter 13 filed in Florida Southern on 03/14/2018 was Closed on 08/27/2019 was Dismissed on 05/16/2019; Case Number 17-19141 , Chapter 13 filed in Florida Southern on 07/20/2017 was Closed on 03/26/2018 was Dismissed on 11/30/2017. (admin) (Entered: 06/21/2022) |
| 06/21/2022 | 7 (6 pgs; 2 docs) | Meeting of Creditors to be Held on 7/27/2022 at 10:00 AM by TELEPHONE [See Meeting Notice for details]. Last Day to Oppose Discharge or Dischargeability is 9/26/2022.Confirmation Hearing to be Held on 9/15/2022 at 09:00 AM by Video Conference. Objection to Confirmation Deadline: 9/1/2022. (Grooms, Desiree) (Entered: 06/21/2022) |
| 06/21/2022 | 8 (1 pg) | Request for Notice Filed by Creditor Synchrony Bank. (PRA Receivables Management (VSmith)) (Entered: 06/21/2022) |
| 06/23/2022 | 9 (5 pgs) | BNC Certificate of Mailing (Re: 7 Meeting of Creditors to be Held on 7/27/2022 at 10:00 AM by TELEPHONE [See Meeting Notice for details]. Last Day to Oppose Discharge or Dischargeability is 9/26/2022.Confirmation Hearing to be Held on 9/15/2022 at 09:00 AM by Video Conference. Objection to Confirmation Deadline: 9/1/2022.) Notice Date 06/23/2022. (Admin.) (Entered: 06/24/2022) |
| 06/23/2022 | 10 (6 pgs) | BNC Certificate of Mailing - PDF Document (Re: 7 Meeting of Creditors to be Held on 7/27/2022 at 10:00 AM by TELEPHONE [See Meeting Notice for details]. Last Day to Oppose Discharge or Dischargeability is 9/26/2022.Confirmation Hearing to be Held on 9/15/2022 at 09:00 AM by Video Conference. Objection to Confirmation Deadline: 9/1/2022.) Notice Date 06/23/2022. (Admin.) (Entered: 06/24/2022) |
| 07/01/2022 | 11 (8 pgs; 2 docs) | Expedited Motion to Continue the Automatic Stay Filed by Debtor Ralph Levi Sanders Jr. (Attachments: # 1 Affidavit Affidavit of Ralph Levi Sanders, Jr.) (Rossoletti, Nicholas) (Entered: 07/01/2022) |
| 07/05/2022 | 12 (1 pg) | Notice of Hearing (Re: 11 Expedited Motion to Continue the Automatic Stay Filed by Debtor Ralph Levi Sanders Jr. Chapter 13 Hearing scheduled for 07/15/2022 at 11:00 AM by Video Conference. (Gomez, Edy) (Entered: 07/05/2022) |

| | | |
|---|---|---|
| 07/05/2022 | 13 (3 pgs) | Certificate of Service Filed by Debtor Ralph Levi Sanders Jr. (Re: 11 Expedited Motion to Continue the Automatic Stay filed by Debtor Ralph Levi Sanders, 12 Notice of Hearing). (Rossoletti, Nicholas) (Entered: 07/05/2022) |
| 07/12/2022 | 14 (3 pgs) | Objection to Confirmation of (5 Chapter 13 Plan filed by Debtor Ralph Levi Sanders) Filed by Creditor Specialized Loan Servicing LLC. (Stewart, Gavin) (Entered: 07/12/2022) |
| 07/18/2022 | 15 (2 pgs) | Order Granting Motion To Extend the Automatic Stay (Re: # 11) (Grooms, Desiree) (Entered: 07/18/2022) |
| 07/18/2022 | 16 (3 pgs) | Certificate of Service Filed by Debtor Ralph Levi Sanders Jr. (Re: 15 Order on Motion to Extend the Automatic Stay). (Rossoletti, Nicholas) (Entered: 07/18/2022) |
| 08/05/2022 | 17 (1 pg) | Certification of Compliance and Request for Confirmation of Ch. 13 Plan Filed by Debtor Ralph Levi Sanders Jr.. (Rossoletti, Nicholas) (Entered: 08/05/2022) |
| 08/22/2022 | 18 (1 pg) | Notice of Requirement to File Financial Management Course Certificate (admin) (Entered: 08/22/2022) |
| 08/24/2022 | 19 (2 pgs) | BNC Certificate of Mailing (Re: 18 Notice of Requirement to File Financial Management Course Certificate (admin)) Notice Date 08/24/2022. (Admin.) (Entered: 08/25/2022) |
| 09/01/2022 | 20 (2 pgs) | Motion to Withdraw as Attorney of Record , in addition to Motion to Extend Time to Comply with All Outstanding Deadlines In This Matter Filed by Debtor Ralph Levi Sanders Jr. (Rossoletti, Nicholas) (Entered: 09/01/2022) |
| 09/01/2022 | 21 (1 pg) | Notice of Hearing by Filer (Re: 20 Motion to Withdraw as Attorney of Record , in addition to Motion to Extend Time to Comply with All Outstanding Deadlines In This Matter Filed by Debtor Ralph Levi Sanders Jr.). Chapter 13 Hearing scheduled for 09/15/2022 at 01:00 PM by Video Conference. (Rossoletti, Nicholas) (Entered: 09/01/2022) |
| 09/07/2022 | 22 (4 pgs) | Certificate of Service Filed by Debtor Ralph Levi Sanders Jr. (Re: 20 Motion to Withdraw as Attorney of Record filed by Debtor Ralph Levi Sanders, Motion to Extend Time to Comply with All Outstanding Deadlines In This Matter, 21 Notice of Hearing by Filer filed by Debtor Ralph Levi Sanders). (Rossoletti, Nicholas) (Entered: 09/07/2022) |
| 09/09/2022 | 23 (5 pgs) | First Amended Chapter 13 Plan (Re:5 Chapter 13 Plan filed by Debtor Ralph Levi Sanders) Filed by Debtor Ralph Levi Sanders Jr.. (Rossoletti, Nicholas) (Entered: 09/09/2022) |
| 09/09/2022 | 24 (2 pgs) | Objection to Claim of Internal Revenue Service [# 4-1], Filed by Debtor Ralph Levi Sanders Jr. (Rossoletti, Nicholas) (Entered: 09/09/2022) |

| | | |
|---|---|---|
| 09/09/2022 | 25 (1 pg) | Notice of Hearing by Filer (Re: 24 Objection to Claim of Internal Revenue Service [# 4-1], Filed by Debtor Ralph Levi Sanders Jr.). Chapter 13 Hearing scheduled for 10/13/2022 at 01:00 PM by Video Conference. (Rossoletti, Nicholas) (Entered: 09/09/2022) |
| 09/09/2022 | 26 (4 pgs) | Certificate of Service Filed by Debtor Ralph Levi Sanders Jr. (Re: 23 Amended Chapter 13 Plan filed by Debtor Ralph Levi Sanders). (Rossoletti, Nicholas) (Entered: 09/09/2022) |
| 09/09/2022 | 27 (4 pgs) | Certificate of Service Filed by Debtor Ralph Levi Sanders Jr. (Re: 24 Objection to Claim of Internal Revenue Service [# 4-1], filed by Debtor Ralph Levi Sanders, 25 Notice of Hearing by Filer filed by Debtor Ralph Levi Sanders). (Rossoletti, Nicholas) (Entered: 09/09/2022) |
| 09/12/2022 | 28 (38 pgs) | Objection to (20 Motion to Withdraw as Attorney of Record filed by Debtor Ralph Levi Sanders, Motion to Extend Time to Comply with All Outstanding Deadlines In This Matter) Filed by Debtor Ralph Levi Sanders Jr. (Graster-Thomas, Tanesha) (Entered: 09/13/2022) |
| 09/14/2022 | 29 (16 pgs) | Affidavit of Ralph Sanders Filed by Debtor Ralph Levi Sanders Jr. (Re: 28 Objection filed by Debtor Ralph Levi Sanders). (Graster-Thomas, Tanesha) (Entered: 09/14/2022) |
| 09/19/2022 | 30 (4 pgs) | Order Granting Motion To Withdraw As Attorney (Re: # 20), Granting Motion to Extend Time. The hearing on the confirmation of the Debtors 1st Amended Chapter 13 Plan [ECF #23] is continued to Thursday, October 13, 2022 at 9:00 a.m. (Re: # 20) (Rodriguez, Lorenzo) (Entered: 09/19/2022) |
| 09/19/2022 | 31 (4 pgs) | Certificate of Service Filed by Debtor Ralph Levi Sanders Jr. (Re: 30 Order on Motion to Withdraw as Attorney, Order on Motion to Extend Time). (Rossoletti, Nicholas) (Entered: 09/19/2022) |
| 09/20/2022 | 32 (2 pgs) | Notice of Appearance and Request for Service by Raychelle A Tasher Filed by Creditor United States of America Internal Revenue Service. (Tasher, Raychelle) (Entered: 09/20/2022) |
| 09/22/2022 | 33 | The information required by 11 U.S.C. Sec. 521(a)(1) as provided by the debtor(s) in this case is complete to the satisfaction of the trustee. No creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. Sec. 521(i)(2) and the trustee does not believe that this case is subject to automatic dismissal pursuant to 11 U.S.C. Sec. 521(i). (Weiner, Robin) (Entered: 09/22/2022) |
| 09/22/2022 | 34 (3 pgs) | Notice of Continued Confirmation Hearing Filed by Trustee Robin R Weiner (Re: 23 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 10/13/2022 at 09:00 AM by Video Conference. (Weiner, Robin) (Entered: 09/22/2022) |
| 09/23/2022 | 35 (2 pgs) | Order Determining Debtor's Compliance with Filing Requirements of Section 521(a)(1). Deadline for any creditor or other party in interest to contest the court's finding shall file an objection not later 21 days from the date of entry of this order (admin) (Entered: 09/23/2022) |

| | | |
|---|---|---|
| 09/25/2022 | 36 (5 pgs) | BNC Certificate of Mailing (Re: 35 Order Determining Debtor's Compliance with Filing Requirements of Section 521(a)(1). Deadline for any creditor or other party in interest to contest the court's finding shall file an objection not later 21 days from the date of entry of this order (admin)) Notice Date 09/25/2022. (Admin.) (Entered: 09/26/2022) |
| 09/27/2022 | 37 (4 pgs) | Motion For A 30-Day Extension of Current Due Dates For The Benefit of My Creditors And My 18 Neighbors Who Have The Same Title to Land Issue For The Following Reasons Filed by Debtor Ralph Levi Sanders Jr. (Grooms, Desiree) (Entered: 09/27/2022) |
| 09/27/2022 | 38 (1 pg) | Notice of Hearing (Re: 37 Motion For A 30-Day Extension of Current Due Dates For The Benefit of My Creditors And My 18 Neighbors Who Have The Same Title to Land Issue For The Following Reasons Filed by Debtor Ralph Levi Sanders Jr.) Chapter 13 Hearing scheduled for 10/13/2022 at 02:30 PM by Video Conference. (Gomez, Edy) (Entered: 09/27/2022) |
| 09/27/2022 | 39 (3 pgs) | Objection to Confirmation of (23 Amended Chapter 13 Plan filed by Debtor Ralph Levi Sanders) Filed by Creditor United States of America Internal Revenue Service. (Tasher, Raychelle) (Entered: 09/27/2022) |
| 09/29/2022 | 40 (4 pgs) | BNC Certificate of Mailing - Hearing (Re: 38 Notice of Hearing (Re: 37 Motion For A 30-Day Extension of Current Due Dates For The Benefit of My Creditors And My 18 Neighbors Who Have The Same Title to Land Issue For The Following Reasons Filed by Debtor Ralph Levi Sanders Jr.) Chapter 13 Hearing scheduled for 10/13/2022 at 02:30 PM by Video Conference.) Notice Date 09/29/2022. (Admin.) (Entered: 09/30/2022) |
| 10/07/2022 | 41 (21 pgs) | Objection to Claim of U.S. Small Business Administration [# 3], Internal Revenue Service [# 4], Filed by Debtor Ralph Levi Sanders Jr. (Rodriguez, Lorenzo) (Entered: 10/07/2022) |
| 10/07/2022 | 42 (1 pg) | Notice of Hearing (Re: 41 Objection to Claim of U.S. Small Business Administration [# 3], Internal Revenue Service [# 4], Filed by Debtor Ralph Levi Sanders Jr.) Chapter 13 Hearing scheduled for 11/10/2022 at 01:00 PM by Video Conference. (Gomez, Edy) (Entered: 10/07/2022) |
| 10/09/2022 | 43 (4 pgs) | BNC Certificate of Mailing - Hearing (Re: 42 Notice of Hearing (Re: 41 Objection to Claim of U.S. Small Business Administration [# 3], Internal Revenue Service [# 4], Filed by Debtor Ralph Levi Sanders Jr.) Chapter 13 Hearing scheduled for 11/10/2022 at 01:00 PM by Video Conference.) Notice Date 10/09/2022. (Admin.) (Entered: 10/10/2022) |
| 10/11/2022 | 44 (3 pgs) | Response to (24 Objection to Claim of Internal Revenue Service [# 4-1], filed by Debtor Ralph Levi Sanders) Filed by Creditor United States of America Internal Revenue Service (Tasher, Raychelle) (Entered: 10/11/2022) |

| | | |
|---|---|---|
| 10/12/2022 | 45 (2 pgs) | Notice of Appearance and Request for Service by Raychelle A Tasher Filed by Creditor United States of America, Small Business Administration. (Tasher, Raychelle) (Entered: 10/12/2022) |
| 10/12/2022 | 47 (9 pgs) | Supplement Filed by Debtor Ralph Levi Sanders Jr. (Re: 24 Objection to Claim of Internal Revenue Service [# 4-1], filed by Debtor Ralph Levi Sanders). (Graster-Thomas, Tanesha) (Entered: 10/13/2022) |
| 10/13/2022 | 46 (1 pg) | Notice of Continued Hearing (Re: 24 Objection to Claim of Internal Revenue Service [# 4-1], Filed by Debtor Ralph Levi Sanders Jr.) Chapter 13 Hearing scheduled for 11/10/2022 at 01:00 PM by Video Conference. (Gomez, Edy) (Entered: 10/13/2022) |
| 10/14/2022 | 48 (2 pgs) | Order Denying as Moot Debtor's Motion For Extension of Due Dates. Re: # 37 (Grooms, Desiree) (Entered: 10/14/2022) |
| 10/15/2022 | 49 (4 pgs) | BNC Certificate of Mailing - Hearing (Re: 46 Notice of Continued Hearing (Re: 24 Objection to Claim of Internal Revenue Service [# 4-1], Filed by Debtor Ralph Levi Sanders Jr.) Chapter 13 Hearing scheduled for 11/10/2022 at 01:00 PM by Video Conference.) Notice Date 10/15/2022. (Admin.) (Entered: 10/16/2022) |
| 10/16/2022 | 50 (5 pgs) | BNC Certificate of Mailing - PDF Document (Re: 48 Order Denying as Moot Debtor's Motion For Extension of Due Dates. Re: 37) Notice Date 10/16/2022. (Admin.) (Entered: 10/17/2022) |
| 10/20/2022 | 51 (3 pgs) | Notice of Continued Confirmation Hearing Filed by Trustee Robin R Weiner (Re: 23 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 11/10/2022 at 09:00 AM by Video Conference. (Weiner, Robin) (Entered: 10/20/2022) |
| 11/07/2022 | 52 (3 pgs) | Second Amended Chapter 13 Plan (Re:23 Amended Chapter 13 Plan filed by Debtor Ralph Levi Sanders) Filed by Debtor Ralph Levi Sanders Jr.. (Brooks, Michael) (Entered: 11/07/2022) |
| 11/07/2022 | 53 (1 pg) | Notice of Appearance and Request for Service by Michael J Brooks Esq Filed by Debtor Ralph Levi Sanders Jr.. (Brooks, Michael) (Entered: 11/07/2022) |
| 11/07/2022 | 54 (3 pgs; 2 docs) | Certificate of Service Filed by Debtor Ralph Levi Sanders Jr. (Re: 52 Amended Chapter 13 Plan filed by Debtor Ralph Levi Sanders). (Attachments: # 1 Exhibit Matrix) (Brooks, Michael) (Entered: 11/07/2022) |
| 11/08/2022 | 55 (1 pg) | Notice to Withdraw Document Filed by Debtor Ralph Levi Sanders Jr. (Re: 24 Objection to Claim). (Brooks, Michael) (Entered: 11/08/2022) |
| 11/08/2022 | 56 (1 pg) | Notice to Withdraw Document Filed by Debtor Ralph Levi Sanders Jr. (Re: 41 Objection to Claim). (Brooks, Michael) (Entered: 11/08/2022) |
| 11/08/2022 | 57 (6 pgs; 3 docs) | *Fee* Application for Compensation for Michael J Brooks Esq, Attorney-Debtor, Period: 11/2/2022 to 11/8/2022, Fee: $7500, Expenses: $0. Filed by Attorney Michael J Brooks Esq (Attachments: # 1 Exhibit |

| | | Retainer # 2 Exhibit Timesheet) (Brooks, Michael) (Entered: 11/08/2022) |
|---|---|---|
| 11/08/2022 | 58 (1 pg) | Disclosure of Compensation by Attorney Michael J Brooks Esq. (Brooks, Michael) (Entered: 11/08/2022) |
| 11/08/2022 | 59 (10 pgs; 2 docs) | Amended Schedules Filed: [Summary of Your Assets/Liabilities,Schedule A/B,Declaration re Schedules,] Filed by Debtor Ralph Levi Sanders Jr.. (Attachments: # 1 Local Form 4) (Brooks, Michael) (Entered: 11/08/2022) |
| 11/08/2022 | 60 (3 pgs) | Third Amended Chapter 13 Plan (Re:52 Amended Chapter 13 Plan filed by Debtor Ralph Levi Sanders) Filed by Debtor Ralph Levi Sanders Jr.. (Brooks, Michael) (Entered: 11/08/2022) |
| 11/09/2022 | 61 (3 pgs; 2 docs) | Certificate of Service Filed by Debtor Ralph Levi Sanders Jr. (Re: 60 Amended Chapter 13 Plan filed by Debtor Ralph Levi Sanders). (Attachments: # 1 Exhibit MATRIX) (Brooks, Michael) (Entered: 11/09/2022) |
| 11/11/2022 | 62 (10 pgs) | Certification of Completion of Instructional Course Concerning Personal Financial Management by Debtor ONLY Filed by Debtor Ralph Levi Sanders Jr.. (Brooks, Michael) (Entered: 11/11/2022) |
| 11/15/2022 | 63 (1 pg) | Notice of Hearing (Re: 57 Fee Application for Compensation for Michael J Brooks Esq, Attorney-Debtor, Period: 11/2/2022 to 11/8/2022, Fee: $7500, Expenses: $0. Filed by Attorney Michael J Brooks Esq (Attachments: # 1 Exhibit Retainer # 2 Exhibit Timesheet)) Chapter 13 Hearing scheduled for 12/08/2022 at 01:00 PM by Video Conference. (Gomez, Edy) (Entered: 11/15/2022) |
| 11/15/2022 | 64 (27 pgs; 2 docs) | Motion for Relief from Stay [Negative Notice] [Consent for the 30 day Waiver] [Fee Amount $188] Filed by Creditor Specialized Loan Servicing LLC (Attachments: # 1 Exhibit A) (Stewart, Gavin) (Entered: 11/15/2022) |
| 11/15/2022 | | Receipt of Motion for Relief From Stay( 22-14766-SMG) [motion,mrlfsty] ( 188.00) Filing Fee. Receipt number A41696815. Fee amount 188.00. (U.S. Treasury) (Entered: 11/15/2022) |
| 11/17/2022 | 65 (1 pg) | Notice of Compliance with Local Rule 2083-1(B) Claims Review Requirement by Attorney Michael J Brooks Esq. (Brooks, Michael) (Entered: 11/17/2022) |
| 11/17/2022 | 66 (3 pgs) | Notice of Continued Confirmation Hearing Filed by Trustee Robin R Weiner (Re: 60 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 12/08/2022 at 09:00 AM by Video Conference. (Weiner, Robin) (Entered: 11/17/2022) |
| 11/17/2022 | 67 (2 pgs) | Response to (64 Motion for Relief from Stay [Negative Notice] [Consent for the 30 day Waiver] [Fee Amount $188] filed by Creditor Specialized Loan Servicing LLC) Filed by Debtor Ralph Levi Sanders Jr. (Brooks, Michael) (Entered: 11/17/2022) |

| | | |
|---|---|---|
| 11/21/2022 | 68 (3 pgs; 2 docs) | Certificate of Service Filed by Debtor Ralph Levi Sanders Jr. (Re: 66 Notice of Continued Confirmation Hearing filed by Trustee Robin R Weiner). (Attachments: # 1 Exhibit Matrix) (Brooks, Michael) (Entered: 11/21/2022) |
| 11/21/2022 | 69 (2 pgs) | Order Authorizing Chapter 13 Trustee to Disburse Pre-Confirmation Payments to Administrative, Secured, and Priority Creditors . (Grooms, Desiree) (Entered: 11/21/2022) |
| 11/22/2022 | 70 (2 pgs) | Certificate of Service Filed by Trustee Robin R Weiner (Re: 69 Order Authorizing Ch 13 Trustee to Disburse Payments). (Weiner, Robin) (Entered: 11/22/2022) |
| 11/28/2022 | 71 (4 pgs; 2 docs) | Emergency Motion to Withdraw as Attorney of Record Filed by Debtor Ralph Levi Sanders Jr. (Attachments: # 1 Exhibit Matrix) (Brooks, Michael) (Entered: 11/28/2022) |
| 11/29/2022 | 72 (1 pg) | Notice of Hearing (Re: 71 Emergency Motion to Withdraw as Attorney of Record Filed by Debtor Ralph Levi Sanders Jr. (Attachments: # 1 Exhibit Matrix)) Chapter 13 Hearing scheduled for 12/08/2022 at 02:30 PM by Video Conference. (Gomez, Edy) (Entered: 11/29/2022) |
| 12/02/2022 | 73 (6 pgs; 3 docs) | Amended *Fee* Application for Compensation for Michael J Brooks Esq, Attorney-Debtor, Period: 11/2/2022 to 12/8/2022, Fee: $7000, Expenses: $. Filed by Attorney Michael J Brooks Esq (Attachments: # 1 Exhibit Retainer # 2 Exhibit Timesheet) (Brooks, Michael) (Entered: 12/02/2022) |
| 12/06/2022 | 74 (20 pgs) | Response to (64 Motion for Relief from Stay [Negative Notice] [Consent for the 30 day Waiver] [Fee Amount $188] filed by Creditor Specialized Loan Servicing LLC) Filed by Debtor Ralph Levi Sanders Jr. (Cifuentes Esteban, Zoila) Modified on 12/6/2022 (Ferere, Magali) to reflect correct filed date. (Entered: 12/06/2022) |
| 12/06/2022 | 75 (2 pgs) | Objection to (73 Amended *Fee* Application for Compensation for Michael J Brooks Esq, Attorney-Debtor, Period: 11/2/2022 to 12/8/2022, Fee: $7000, Expenses: $. filed by Debtor Ralph Levi Sanders) Filed by Debtor Ralph Levi Sanders Jr. (Rodriguez, Lorenzo) (Entered: 12/06/2022) |
| 12/06/2022 | 76 (2 pgs) | Objection to (71 Emergency Motion to Withdraw as Attorney of Record filed by Debtor Ralph Levi Sanders) Filed by Debtor Ralph Levi Sanders Jr. (Rodriguez, Lorenzo) (Entered: 12/06/2022) |
| 12/06/2022 | 77 (2 pgs) | Objection to (71 Emergency Motion to Withdraw as Attorney of Record filed by Debtor Ralph Levi Sanders) Filed by Debtor Ralph Levi Sanders Jr. (Rodriguez, Lorenzo) (Entered: 12/06/2022) |
| 12/09/2022 | 78 (2 pgs) | Order Granting Application For Compensation (Re: # 73) for Michael J Brooks, fees awarded: $7000.00, expenses awarded: $0.00 (Grooms, Desiree) (Entered: 12/09/2022) |

| | | |
|---|---|---|
| 12/09/2022 | 79 (2 pgs) | Order Granting Motion To Withdraw As Attorney (Re: # 71) (Grooms, Desiree) (Entered: 12/09/2022) |
| 12/09/2022 | 80 (3 pgs; 2 docs) | Certificate of Service Filed by Debtor Ralph Levi Sanders Jr. (Re: 79 Order on Motion to Withdraw as Attorney). (Attachments: # 1 Exhibit Matrix) (Brooks, Michael) (Entered: 12/09/2022) |
| 12/09/2022 | 81 (3 pgs; 2 docs) | Certificate of Service Filed by Debtor Ralph Levi Sanders Jr. (Re: 78 Order on Application for Compensation). (Attachments: # 1 Exhibit Matrix) (Brooks, Michael) (Entered: 12/09/2022) |
| 12/09/2022 | 82 | Trustee's Request for Entry of Order Confirming Chapter 13 Third Amended Plan After Confirmation Hearing [Confirmation Hearing Date: 12/8/2022] (Weiner, Robin) (Entered: 12/09/2022) |
| 12/11/2022 | 83 (4 pgs) | BNC Certificate of Mailing - PDF Document (Re: 79 Order Granting Motion To Withdraw As Attorney (Re: 71)) Notice Date 12/11/2022. (Admin.) (Entered: 12/12/2022) |
| 12/12/2022 | 84 (3 pgs) | Order Confirming (Re: 60 Third Amended Chapter 13 Plan filed by Debtor Ralph Levi Sanders). (Grooms, Desiree) (Entered: 12/12/2022) |
| 12/13/2022 | 85 (3 pgs) | Order Granting Motion For Relief From Stay Re: # 64 (Grooms, Desiree) (Entered: 12/13/2022) |
| 12/13/2022 | 86 (1 pg) | Certificate of Service Filed by Creditor Specialized Loan Servicing LLC (Re: 85 Order on Motion For Relief From Stay). (Stewart, Gavin) (Entered: 12/13/2022) |
| 12/14/2022 | 87 (6 pgs) | BNC Certificate of Mailing (Re: 84 Order Confirming (Re: 60 Third Amended Chapter 13 Plan filed by Debtor Ralph Levi Sanders).) Notice Date 12/14/2022. (Admin.) (Entered: 12/15/2022) |
| 12/27/2022 | 88 (7 pgs) | Notice of Appeal and Election to Appeal To District Court Filed by Debtor Ralph Levi Sanders Jr. (Re: 85 Order Granting Motion For Relief From Stay Re: 64). Appellant Designation due 1/10/2023. (Graster-Thomas, Tanesha) (Entered: 12/27/2022) |
| 12/27/2022 | 89 (11 pgs; 2 docs) | Clerk's Notice of Mailing of (Re: 88 Notice of Appeal and Election to Appeal To District Court Filed by Debtor Ralph Levi Sanders Jr. (Re: 85 Order Granting Motion For Relief From Stay Re: 64). Appellant Designation due 1/10/2023.) (Graster-Thomas, Tanesha) (Entered: 12/27/2022) |
| 12/27/2022 | 90 (1 pg) | Transmittal to US District Court (Re: 88 Notice of Appeal and Election to Appeal To District Court Filed by Debtor Ralph Levi Sanders Jr. (Re: 85 Order Granting Motion For Relief From Stay Re: 64). Appellant Designation due 1/10/2023.) (Graster-Thomas, Tanesha) (Entered: 12/27/2022) |